Certificate Number: 12433-PAE-DE-027907335

Bankruptcy Case Number: 15-15010



12433-PAE-DE-027907335

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2016</u>, at <u>9:51</u> o'clock <u>PM EDT</u>, <u>Elenie Hahalis</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>August 14, 2016</u>          By:      <u>/s/Lance Brechbill</u>

                                       Name:   <u>Lance Brechbill</u>

                                       Title:   <u>Teacher</u>